### Armstrong *v.* General Binding Corporation et al., Appellants.

Argued March 27, 1974. *Gerald J. Spitz*, with him *Fronefield, DeFuria and Petrikin*, for appellant; *Peter C. Paul*, with him *Rawle & Henderson*, for appellee.
Order affirmed.